# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

CARLOS CASTRO,

                    Plaintiff,                          24 **CIVIL** 6900 (BCM)

       -against-                         **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 6, 2025, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Commissioner will offer Plaintiff the opportunity for a hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993). SO ORDERED. Accordingly, the case is closed.

**Dated:** New York, New York

      March 6, 2025

                                      **TAMMI M. HELLWIG**
                                        **Clerk of Court**

             **BY:**
                                _____

                                         **Deputy Clerk**